ELLEN F. HARRIGAN, respondent,

*v.*

SINCLAIR & VALENTINE COMPANY, appellant.

[Argued March 15th, 1916.   Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *85 N. J. Eq. 85.*

*Mr. William E. Ellis,* for the respondent.

*Messrs. McCarter & English,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.